IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN HACK | : | CIVIL ACTION |
| vs. | : | |
| WARDEN MS. CHAMBERLIN, et al. | : | NO. 09-4358 |

**O R D E R**

**AND NOW**, this 13th day of August, 2010, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and the objections thereto, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, **IT IS ORDERED** that:

1. The objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED AND DISMISSED**.

4. Petitioner's motion for appointment of counsel (Doc. No. 12) is **DENIED**.

5. Petitioner's motion for summary judgment (Doc. No. 8) is **DENIED**.

6. There is **no** basis for the issuance of a certificate of appealability.

7. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.